FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2007 FEB 14 PM 3: 42
s/ Partee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DARRYL E. HILL, :

    Plaintiff, :

v. : CASE NO. 5:04-cv-329 (CAR)

TIMOTHY MULL, :

    Defendant. :

## JUDGMENT

Pursuant to the jury's verdict returned on February 14, 2007, JUDGMENT is hereby entered as follows:

1. In favor of plaintiff in the amount of $3,000.00 to compensate for the reasonable costs of medical care and hospitalization; and

2. In favor of plaintiff in the amount of $3,000.00 to compensate for physical as well as emotional pain and mental anguish.

The foregoing amounts shall accrue interest from the date of judgment at the rate of 5.07 % per annum.

Plaintiff is entitled to recover his costs of this action.

THIS 14th day of February, 2007.

                GREGORY J. LEONARD, CLERK
                UNITED STATES DISTRICT COURT

                s/ Denise Partee, Deputy Clerk

APPROVED BY:
_____
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE